**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**JOSE MANUEL BARRON**

______________________________/

**SEALED**
**INDICTMENT**

1:26CR22 AW/ML

**THE GRAND JURY CHARGES:**

**COUNT ONE**

**A. THE CHARGE**

Between on or about June 22, 2019, and on or about February 25, 2022, in the Northern District of Florida, and elsewhere, the defendant,

**JOSE MANUEL BARRON,**

did knowingly and willfully conspire, combine, confederate, and agree with other persons to commit an offense against the United States, that is, to willfully transfer, sell, and give a firearm to a person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowing and with reasonable cause to believe that said person was not then residing in the State of Florida, the State in which the defendant was residing at the time of the aforesaid transfer, sale, and giving, while the defendant was also not being a licensed importer, manufacturer, dealer, and collector of

FILED USDC FLND GV JUN 23 '26 AM11:59

firearms, within the meaning of Chapter 44, Title 18, United States Code, in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

**B. OVERT ACTS**

In furtherance of the conspiracy and to effect the objects of this conspiracy, the defendant and other conspirators committed the following overt acts, among others:

1. On or about June 22, 2019, in Alachua County, Florida, **JOSE MANUEL BARRON** purchased a Colt 5.56 caliber rifle.

2. On or about July 17, 2021, in Hillsborough County, Florida, **JOSE MANUEL BARRON** purchased an Ohio Ordnance Works 7.62 caliber rifle.

3. On or about October 16, 2021, in Colombia County, Florida, **JOSE MANUEL BARRON** purchased a Barrett Firearms Manufacturing Inc. ("Barrett") .50 BMG caliber rifle.

4. On or about February 11, 2022, in Gilchrist County, Florida, **JOSE MANUEL BARRON** purchased another Barrett .50 BMG caliber rifle.

5. **JOSE MANUEL BARRON** sold and transferred each of these firearms to another person who he knew and had reasonable cause to believe resided in Mexico.

6. Neither **JOSE MANUEL BARRON** nor the person(s) receiving the firearms were licensed to deal, import, manufacture, or collect firearms in the United States.

7. The ~~Colt~~ KB 7.62 caliber rifle and both Barrett .50 BMG caliber rifles were in fact delivered to and recovered in Mexico.

All in violation of Title 18, United States Code, Section 371.

A TRUE BILL:

Redacted

6/23/2026
DATE

JOHN P. HEEKIN
United States Attorney

ADAM HAPNER
Assistant United States Attorney