**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**JOSE MANUEL BARRON**

______________________________/

**SUPERSEDING INDICTMENT**

**1:26-cr-22-AW-MAL**

**THE GRAND JURY CHARGES:**

**COUNT ONE**

**A. THE CHARGE**

Between on or about June 22, 2019, and on or about February 25, 2022, in the Northern District of Florida, and elsewhere, the defendant,

**JOSE MANUEL BARRON,**

did knowingly and willfully conspire, combine, confederate, and agree with other persons to commit the following offenses against the United States:

1. to willfully transfer, sell, and give a firearm to a person who was not a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowing and with reasonable cause to believe that said person was not then residing in the State of Florida, the State in which the defendant was residing at the time of the aforesaid transfer, sale, and giving, while the defendant was also not a licensed importer, manufacturer,

FILED USDC FLND GV
OCT 3 '26 PM5:41

dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D); and

2. to knowingly make a false and fictitious written statement to a federally licensed firearms dealer, which statement was intended and likely to deceive the federally licensed firearms dealer as to a fact material to the lawfulness of an acquisition of a firearm by the defendant under Chapter 44 of Title 18, United States Code, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**B. OVERT ACTS**

In furtherance of the conspiracy and to effect the objects of this conspiracy, the defendant and other conspirators committed the following overt acts, among others:

1. On or about June 22, 2019, in Alachua County, Florida, **JOSE MANUEL BARRON** purchased a Colt 5.56 caliber rifle from a federally licensed firearms dealer.

2. On or about July 17, 2021, in Hillsborough County, Florida, **JOSE MANUEL BARRON** purchased an Ohio Ordnance Works 7.62 caliber rifle from a federally licensed firearms dealer.

3. When **JOSE MANUEL BARRON** purchased the Ohio Ordnance Works 7.62 caliber rifle from a federally licensed firearms dealer, he falsely represented that he was the actual buyer of a firearm, when in fact, as the defendant then knew, he was buying the firearm on behalf of another individual.

4. On or about October 16, 2021, in Colombia County, Florida, **JOSE MANUEL BARRON** purchased a Barrett Firearms Manufacturing Inc. ("Barrett") .50 BMG caliber rifle from an individual who was not federally licensed to sell firearms.

5. On or about February 11, 2022, in Gilchrist County, Florida, **JOSE MANUEL BARRON** purchased another Barrett .50 BMG caliber rifle from an individual who was not federally licensed to sell firearms.

6. **JOSE MANUEL BARRON** sold and transferred each of these firearms to another person who he knew and had reasonable cause to believe resided outside the State of Florida and in Mexico.

7. Neither **JOSE MANUEL BARRON** nor the person(s) receiving the firearms were licensed to deal, import, manufacture, or collect firearms in the United States.

8. Each of these firearms were delivered to the purchaser(s) in Mexico. The Ohio Ordnance Works 7.62 caliber rifle and both Barrett .50 BMG caliber rifles were later recovered in Mexico.

All in violation of Title 18, United States Code, Section 371.

A TRUE BILL:

Redacted

10/6/2026
DATE

JOHN P. HEEKIN
United States Attorney

for
ADAM HAPNER
Assistant United States Attorney